**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marta E. Federline            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-13813 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/Rebecca A. Solarz

Rebecca Solarz
02 Oct 2020, 16:02:15, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322