Certificate Number: 03088-PAE-DE-035026062

Bankruptcy Case Number: 20-13813



03088-PAE-DE-035026062

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2020, at 2:18 o'clock PM CDT, Marta E Federline completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 27, 2020            By:    /s/Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor