UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Marta E. Federline | : | Chapter 13 |
| | : | Case No.: 20-13813-ELF |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

     I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.


Dated: January 11, 2021                        /s/ Brad J. Sadek, Esquire
                                                                           Brad J. Sadek, Esquire
                                                                           Sadek and Cooper Law Offices, LLC
                                                                           1315 Walnut Street, Suite 502
                                                                           Philadelphia, Pa 19107
                                                                           215-545-0008