IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Marta E. Federline | : | Case No.: 20-13813-ELF |
| | : | |
|    Debtor(s) | : | Chapter 7 |

### PRAECIPE  TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE COURT:

     On behalf of the Debtors, please convert the above captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy.  Additionally, the applicable schedules and statements will be filed with the Court.

Dated: March 9, 2021                                      /s/ Brad J. Sadek, Esquire
                                                                                  Brad J. Sadek, Esquire
                                                                                  Sadek and Cooper
                                                                                  "The Philadelphia Building"
                                                                                  1315 Walnut Street, #502
                                                                                  Philadelphia, PA 19107
                                                                                  215-545-0008